# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shane Boda, | COURT MINUTES – CIVIL |
| Plaintiff, | BEFORE: HILDY BOWBEER |
| | U.S. MAGISTRATE JUDGE |
| v. | |
| Viant Crane Service, LLC, Viant Crane LLC, Grove U.S. L.L.C., | Case No: 19-cv-1437 (HB) |
| | Date: January 3, 2020 |
| | Courthouse: Saint Paul |
| Defendants, | Courtroom: By telephone |
| | Recording: None |
| And | Time Commenced: 4:17 PM |
| Viant Crane Service, LLC, | Time Concluded: 4:27 PM |
| | Time in Court: 10 Minutes |
| Third Party Plaintiff, | |
| v. | |
| Brown Tank, LLC, | |
| Third Party Defendant. | |

Hearing on: **STATUS CONFERENCE**

### APPEARANCES:

Plaintiff:   Fredric Bremseth

Defendant:   Keith Kerfeld for Viant Defendants
Mark Kircher for Grove Defendants
Scott Drawe for Brown Tank, LLC

### PROCEEDINGS:

☐   In Person

☒   By telephone

**Other Remarks:**

Court and counsel discussed the need for adjustments to the Pretrial Scheduling Order in view of the addition of third party defendant Brown Tank. The Court will enter an order suspending the impending deadlines for expert disclosures. Counsel will promptly meet and confer and will file a joint stipulation and proposed amended pretrial scheduling order. A Word version of the proposed order must also be emailed to chambers.

s/ *Judith M. Kirby*
Courtroom Deputy